# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILENA M. HUGHES, *individually and on behalf of those similarly situated*,<br><br>    Plaintiff,<br><br>vs.<br><br>CERTIFIED CREDIT & COLLECTION BUREAU; *et al.*,<br><br>    Defendants. | Case No. 3:19-cv-18819-MAS-TJB |
| VALBONA LAHU, *individually and on behalf of those similarly situated*,<br><br>    Plaintiff,<br><br>vs.<br><br>CERTIFIED CREDIT & COLLECTION BUREAU; *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-08217-MAS-TJB |

## **ORDER**

**WHEREAS**, the Court and parties acknowledge and agree that since the Supreme Court decision in *TransUnion v. Ramirez*, 141 S. Ct. 2190 (2021) there are substantially similar decisions from this District and other Districts that have concluded and opined that plaintiffs in substantially similar Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* cases lacked the required Article III standing to confer the federal courts with subject-matter jurisdiction;

**WHEREAS**, the parties, relying on the above discussed decisions, do not object to the dismissal of this action pursuant to FED. R. CIV. P. 12(h)(3);

**WHEREAS**, the parties consent to the form of this Order;

Accordingly, IT IS HEREBY **ORDERED**, on this 8th day of December, 2022, that this action is **DISMISSED WITHOUT PREJUDICE** due to lack of subject-matter jurisdiction.

_____
HONORABLE MICHAEL A. SHIPP, U.S.D.J.